# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ginsburg, Douglas H. | D.C. Circuit | 08/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor of Law | George Mason University Antonin Scalia Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | George Mason University Foundation, Teaching | $361,536.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self Employed find raiser for non profit |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | 1/17/2019 - 1/21/2019 | West Palm Beach, FL | Professional Association | Travel related expenses, transportation & food |
| 2. | Free to Choose Network Educational T.V. | 1/24/2019 - 1/28/2019 | West Palm Beach, FL | Meeting | Travel related expenses, transportation & food |
| 3. | Free to Choose Network Educational T.V. | 1/31/2019-2/4/2019 | St. Louis, MO | Meeting | Travel related expenses, transportation & food |
| 4. | Free to Choose Network Educational T.V. | 2/7/2019 - 2/10/2019 | West Palm Beach, FL | Meeting | Travel related expenses, transportation & food |
| 5. | Free to Choose Network Educational T.V. | 3/5/2019 - 3/6/2019 | Naples, FL | Meeting | Travel related expenses, transportation, food & lodging |

| # | | | | | |
|---|---|---|---|---|---|
| 6. | ATLAS Network/CATO Institute | 3/10/2019 - 3/18/2019 | West Palm Beach, FL | Meeting | Travel realted expenses, transportation, food & lodging |
| 7. | Free to Choose Network Educational T.V. | 3/28/2019 - 4/1/2019 | West Palm Beach, FL | Meeting | Travel related expenses, transportation & food |
| 8. | Free to Choose Network Educational T.V. | 4/11/2019 - 4/15/2019 | West Palm Beach, FL | Meeting | Travel related expenses, tranportation & food |
| 9. | Free to Choose Network Educational T.V. | 4/30/2019 - 5/2/2019 | St. Louis, MO | Meeting | Travel related expenses, transportation & food |
| 10. | George Mason Univ. Antonin Scalia Law School | 5/8/2019 - 5/18/2019 | Cartagena, Columbia | Teaching | Travel related expenses, transportation, food & lodging |
| 11. | George Mason Univ. Antonin Scalia Law School | 5/25/2019 - 5/31/2019 | Lisbon, Portugal | Teaching | Travel related expenses, transportation, food & lodging |
| 12. | George Mason Univ. Antonin Scalia Law School | 6/17/2019 - 6/19/2019 | London & Luxembourg, United Kingdom | Teaching | Travel related expenses, transportation, food & lodging |
| 13. | George Mason Univ. Antonin Scalia Law School | 6/23/2019 - 6/28/2019 | Los Angeles, CA | Teaching | Travel related expenses, transportation, food & lodging |
| 14. | George Mason Univ. Antonin Scalia Law School | 7/9/2019 - 7/9/2019 | New York, NY | Teaching | Travel related expenses, transportation & food |
| 15. | Free to Choose Network Educational T.V. | 7/17/2019 - 7/20/2019 | Las Vegas, NV | Meeting | Travel related expenses, transportation, food & lodging |
| 16. | Geoerge Mason Univ. antonin Scalia Law School | 9/12/2019 - 9/14/2019 | Kona, HI | Teaching | Travel related expenses, transportation, food & lodging |
| 17. | New York State Bar Association | 9/27/2019 - 9/29/2019 | New York, NY | Professional Association | Travel related expenses, transportation & food |
| 18. | Free to Choose Network Educational T.V. | 10/2/2019 - 10/3/2019 | Kansas City, MO | Meeting | Travel related expenses, transportation, food & lodging |
| 19. | The Federalist Society | 10/24/2019 - 10/27/2019 | New York, NY | Professional Association | Travel related expenses, transportation & food |
| 20. | Atlas Network | 11/5/2019 - 11/10/2019 | New York, NY | Meeting | Travel related expenses, transportation & food |
| 21. | George Mason Univ. Antonin Scalia Law School | 11/17/2019 - 11/22/2019 | Beijing, China | Teaching | Travel related expenses, transportation, food & lodging |
| 22. | George Mason Univ. Antonin Scalia Law School | 12/18/2019 - 12/19/2019 | New York, NY | Teaching | Travel related expenses, transportation & food |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | TIAA Traditional | D | Interest | N | T | | | | | |
| 2. | CREF Equity Index R3 | C | Dividend | K | T | | | | | |
| 3. | DSG TR WB 10323 (H) | | | | | | | | | |
| 4. | FDRXX | D | Int./Div. | O | T | | | | | |
| 5. | CVX | C | Dividend | M | T | | | | | |
| 6. | ECL | C | Dividend | N | T | | | | | |
| 7. | EPD | | None | L | T | | | | | |
| 8. | FAST | C | Dividend | M | T | | | | | |
| 9. | SYK | C | Dividend | N | T | | | | | |
| 10. | KMX | | None | N | T | | | | | |
| 11. | SMG | D | Dividend | N | T | | | | | |
| 12. | SBUX | C | Dividend | M | T | | | | | |
| 13. | IDXX | | None | O | T | | | | | |
| 14. | CHD | C | Dividend | N | T | | | | | |
| 15. | C | A | Dividend | J | T | | | | | |
| 16. | ALGN | | None | O | T | | | | | |
| 17. | FTV | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. GOOG | | None | N | T | | | | | |
| 19. AXP | C | Dividend | N | T | | | | | |
| 20. MSFT | D | Dividend | N | T | | | | | |
| 21. TYL | | None | N | T | | | | | |
| 22. MMP | | None | K | T | | | | | |
| 23. AMZN | | None | O | T | | | | | |
| 24. DHR | B | Dividend | N | T | | | | | |
| 25. V | C | Dividend | N | T | | | | | |
| 26. RPD | | None | L | T | Sold<br>(part) | 08/07/19 | L | E | |
| 27. WDAY | | None | M | T | Sold<br>(part) | 08/07/19 | L | E | |
| 28. JNJ | C | Dividend | M | T | Buy<br>(add'l) | 02/21/19 | L | | |
| 29. RP | | None | M | T | | | | | |
| 30. XOM | E | Dividend | N | T | | | | | |
| 31. T | | None | M | T | Buy | 11/01/19 | M | | |
| 32. CCI | B | Dividend | M | T | Buy | 10/23/19 | M | | |
| 33. CONE(X) | A | Dividend | K | T | | | | | |
| 34. PEP | | None | M | T | Buy | 10/23/19 | M | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. PHR | | None | M | T | Buy | 07/18/19 | M | | |
| 36. SO | B | Dividend | M | T | Buy | 10/23/19 | M | | |
| 37. VZ | C | Dividend | M | T | Buy | 02/21/19 | M | | |
| 38. APD(X) | A | Dividend | K | T | | | | | |
| 39. GOOGL(X) | | None | K | T | | | | | |
| 40. CONE(X) | A | Dividend | K | T | | | | | |
| 41. DFS(X) | A | Dividend | K | T | | | | | |
| 42. DIS(X) | | None | K | T | | | | | |
| 43. LULU(X) | | None | K | T | | | | | |
| 44. UPS(X) | A | Dividend | K | T | | | | | |
| 45. YETI | | None | L | T | Buy | 02/21/19 | L | | |
| 46. | | | | | Sold<br>(part) | 08/07/19 | K | D | |
| 47. BDX(X) | | None | | | Sold | 08/07/19 | K | A | |
| 48. CSCO | C | Dividend | | | Buy | 02/21/19 | M | | |
| 49. | | | | | Sold | 12/10/19 | M | | |
| 50. DLB(X) | | None | | | Sold | 08/07/19 | J | | |
| 51. KMPR(X) | A | Dividend | | | Sold | 08/23/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ROL | A | Dividend | | | Buy | 04/22/19 | M | | |
| 53. | | | | | Sold | 08/07/19 | M | | |
| 54. ULTA | | None | | | Buy | 01/04/19 | M | | |
| 55. | | | | | Sold | 09/24/19 | M | | |
| 56. WBA(X) | | None | | | Sold | 08/07/19 | J | C | |
| 57. | | | | | | | | | |
| 58. BCG TR WB 8711 (H) | | | | | | | | | |
| 59. MRK | B | Dividend | K | T | | | | | |
| 60. RDS A | B | Dividend | K | T | | | | | |
| 61. CHD | A | Dividend | K | T | | | | | |
| 62. ECL | A | Dividend | L | T | | | | | |
| 63. VCSH | A | Dividend | K | T | | | | | |
| 64. MSFT | A | Dividend | L | T | Buy (add'l) | 02/21/19 | J | | |
| 65. ALRM | | None | | | Buy (add'l) | 02/21/19 | K | | |
| 66. | | | | | Sold | 12/10/19 | K | | |
| 67. AXP | A | Dividend | L | T | Buy (add'l) | 02/21/19 | K | | |
| 68. CONE | B | Dividend | L | T | Buy (add'l) | 02/21/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DHR | A | Dividend | L | T | Buy (add'l) | 02/21/19 | K | | |
| 70. DLB | A | Dividend | | | Sold | 08/07/19 | K | | |
| 71. GSHD | A | Dividend | K | T | | | | | |
| 72. RPD | | None | K | T | Sold (part) | 08/07/19 | K | D | |
| 73. RHT | | None | | | Sold | 07/09/19 | K | D | |
| 74. ROL | A | Dividend | K | T | Buy (add'l) | 02/21/19 | J | | |
| 75. | | | | | Sold (part) | 08/07/19 | K | | |
| 76. SYK | A | Dividend | K | T | | | | | |
| 77. VEEV | | None | K | T | Sold (part) | 08/07/19 | K | D | |
| 78. VRSK | A | Dividend | K | T | | | | | |
| 79. WDAY | | None | K | T | Sold (part) | 08/07/19 | J | C | |
| 80. ZTS | A | Dividend | L | T | Buy (add'l) | 02/21/19 | K | | |
| 81. ALLY FIN 02005NAW0 | C | Int./Div. | | | Sold | 11/18/19 | L | | |
| 82. TENET 87243QAB2 | D | Int./Div. | | | Sold | 09/11/19 | M | C | |
| 83. ANIXTER 035287AE1 | D | Int./Div. | M | T | | | | | |
| 84. TREEHOUSE 89469AAB0 | C | Int./Div. | M | T | | | | | |
| 85. GOOG | | None | L | T | Buy | 02/21/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.　T | | None | K | T | Buy | 11/01/19 | K | | |
| 87.　BLL | A | Dividend | K | T | Buy | 09/24/19 | L | | |
| 88.　BAC | A | Dividend | L | T | Buy | 10/23/19 | L | | |
| 89.　BDX | A | Dividend | K | T | Buy | 02/21/19 | K | | |
| 90.　BKI | | None | L | T | Buy | 07/11/19 | L | | |
| 91.　CCI | A | Dividend | L | T | Buy | 10/23/19 | L | | |
| 92.　LIN | A | Dividend | L | T | Buy | 10/23/19 | L | | |
| 93.　SBUX | A | Dividend | L | T | Buy | 02/21/19 | K | | |
| 94.　VZ | D | Dividend | K | T | Buy | 02/21/19 | K | | |
| 95.　CNH 12592BAF1 | C | Int./Div. | M | T | Buy | 02/21/19 | M | | |
| 96.　NETFLIX 64110LAJ5 | D | Int./Div. | M | T | Buy | 02/21/19 | M | | |
| 97.　WYNDHAM 98310WAL2 | | None | M | T | Buy | 11/20/19 | M | | |
| 98.　CSCO | A | Dividend | | | Buy | 02/21/19 | K | | |
| 99. | | | | | Sold | 12/10/19 | K | | |
| 100.　KMPR | A | Dividend | | | Buy | 02/21/19 | K | | |
| 101. | | | | | Sold | 08/23/19 | K | | |
| 102.　PSTG | | None | | | Buy | 02/21/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 07/11/19 | K | | |
| 104. ULTA | | None | | | Buy | 01/04/19 | L | | |
| 105. | | | | | Sold | 09/24/19 | K | | |
| 106. | | | | | | | | | |
| 107. DSG IRA WB 6657 (H) | | | | | | | | | |
| 108. MO | D | Dividend | L | T | | | | | |
| 109. PM | D | Dividend | M | T | | | | | |
| 110. PEP | B | Dividend | L | T | | | | | |
| 111. SYK | A | Dividend | K | T | | | | | |
| 112. MRCC | A | Dividend | K | T | | | | | |
| 113. AMZN | | None | M | T | Buy<br>(add'l) | 09/16/19 | K | | |
| 114. ALRM | | None | K | T | | | | | |
| 115. GOOG | | None | K | T | | | | | |
| 116. AXP | A | Dividend | K | T | | | | | |
| 117. MSFT | A | Dividend | K | T | | | | | |
| 118. RP | | None | J | T | Donated<br>(part) | | | | |
| 119. WDAY | | None | J | T | Sold<br>(part) | 08/07/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Donated<br>(part) | | | | |
| 121. BDX | A | Dividend | | | Sold | 08/07/19 | J | | |
| 122. CONE | A | Dividend | K | T | | | | | |
| 123. FLT | | None | J | T | | | | | |
| 124. GSHD | A | Dividend | J | T | | | | | |
| 125. JBHT | A | Dividend | | | Sold | 04/22/19 | K | | |
| 126. INXN | | None | J | T | | | | | |
| 127. KMPR | A | Dividend | | | Buy<br>(add'l) | 04/22/19 | J | | |
| 128. | | | | | Sold | 08/23/19 | J | | |
| 129. ROL | A | Dividend | | | Sold | 08/07/19 | J | | |
| 130. ZTS | A | Dividend | K | T | | | | | |
| 131. SMG | A | Dividend | K | T | Buy | 02/21/19 | J | | |
| 132. SSTI | | | | | Buy | 04/22/19 | J | | |
| 133. | | | | | Sold | 08/07/19 | J | | |
| 134. | | | | | | | | | |
| 135. DSG IRA WB 3696 (H) | | | | | | | | | |
| 136. FDRXX | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  AMZN | | None | J | T | | | | | |
| 138.  DHR | A | Dividend | J | T | Buy | 02/21/19 | J | | |
| 139.  ROL | A | Dividend | J | T | Buy | 02/21/19 | J | | |
| 140. | | | | | | | | | |
| 141.  DSG TR UW 3902 (H) | | | | | | | | | |
| 142.  BP | B | Dividend | K | T | | | | | |
| 143.  KO | A | Dividend | K | T | | | | | |
| 144.  SLB | B | Dividend | K | T | | | | | |
| 145.  DUK | B | Dividend | L | T | | | | | |
| 146.  EMR | B | Dividend | L | T | | | | | |
| 147.  NEE | B | Dividend | L | T | | | | | |
| 148.  MCD | B | Dividend | L | T | | | | | |
| 149.  ACN | A | Dividend | L | T | | | | | |
| 150.  CVX | C | Dividend | L | T | | | | | |
| 151.  CBSH | A | Dividend | L | T | | | | | |
| 152.  PAA | | None | J | T | | | | | |
| 153.  BA | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. HDSIX | | None | K | T | | | | | |
| 155. FZBXX | A | Interest | M | T | | | | | |
| 156. NKE | A | Dividend | L | T | | | | | |
| 157. AMT | A | Dividend | K | T | | | | | |
| 158. VNQ | B | Dividend | K | T | | | | | |
| 159. NSC | A | Dividend | K | T | | | | | |
| 160. HDV | C | Dividend | M | T | | | | | |
| 161. CMCSA | A | Dividend | K | T | | | | | |
| 162. CB | A | Dividend | K | T | | | | | |
| 163. LOW | A | Dividend | K | T | | | | | |
| 164. MDT | A | Dividend | K | T | | | | | |
| 165. XLK | A | Dividend | L | T | | | | | |
| 166. XLF | A | Dividend | K | T | | | | | |
| 167. SYK | A | Dividend | K | T | | | | | |
| 168. GOOG | | None | L | T | | | | | |
| 169. DGRO | A | Dividend | J | T | | | | | |
| 170. CI | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  ENB | A | Dividend | | | Sold | 02/22/19 | J | B | |
| 172.  ET | | None | K | T | | | | | |
| 173.  ICSH | D | Dividend | N | T | Buy<br>(add'l) | 10/03/19 | M | | |
| 174.  T | A | Dividend | K | T | Buy | 10/03/19 | K | | |
| 175.  AVGO | A | Dividend | K | T | Buy | 10/03/19 | K | | |
| 176.  DIS | | None | K | T | Buy | 10/03/19 | K | | |
| 177.  MSFT | A | Dividend | K | T | Buy | 10/03/19 | K | | |
| 178.  LDLFX | A | Dividend | L | T | Buy | 10/03/19 | L | | |
| 179.  IVV | B | Dividend | L | T | Buy | 01/03/19 | L | | |
| 180. | | | | | | | | | |
| 181.  DHG BLAIR IRA 6813 (H) | | | | | | | | | |
| 182.  FDRXX | A | Int./Div. | J | T | | | | | |
| 183.  AMZN | | None | M | T | Sold<br>(part) | 02/05/19 | J | B | |
| 184.  DHR | A | Dividend | L | T | | | | | |
| 185.  ECL | A | Dividend | L | T | | | | | |
| 186.  IDXX | | None | L | T | | | | | |
| 187.  SYK | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. V | A | Dividend | L | T | | | | | |
| 189. ALGN | A | Dividend | L | T | | | | | |
| 190. GOOG | A | Dividend | L | T | | | | | |
| 191. AXP | A | Dividend | L | T | | | | | |
| 192. MSFT | B | Dividend | L | T | | | | | |
| 193. RP | | None | K | T | | | | | |
| 194. TYL | | None | L | T | | | | | |
| 195. VEEV | | None | K | T | Sold<br>(part) | 08/06/19 | K | E | |
| 196. | | | | | Sold<br>(part) | 12/11/19 | J | B | |
| 197. WDAY | | None | K | T | Sold<br>(part) | 08/07/19 | K | D | |
| 198. ZTS | A | Dividend | L | T | | | | | |
| 199. CSCO | B | Dividend | K | T | Sold<br>(part) | 11/04/19 | K | B | |
| 200. DLB | A | Dividend | | | Sold | 08/07/19 | K | | |
| 201. GRUB | | None | | | Sold | 03/06/19 | J | | |
| 202. INXN | | None | K | T | | | | | |
| 203. RPD | | None | K | T | Sold<br>(part) | 08/07/19 | J | D | |
| 204. ROL | A | Dividend | | | Sold | 08/07/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205.  SIX | A | Dividend | | | Sold | 03/06/19 | K | | |
| 206.  VZ | A | Dividend | K | T | | | | | |
| 207.  CERN | C | Dividend | J | T | Buy | 12/12/19 | J | | |
| 208.  GENL MTRS 37045XBS4 | | None | L | T | Buy | 09/04/19 | L | | |
| 209.  DAVITA 23918KAQ1 | | None | L | T | Buy | 08/27/19 | L | | |
| 210.  ZAYO 989194AL9 | A | Int./Div. | K | T | Buy | 08/27/19 | K | | |
| 211.  ULTA | | None | | | Buy | 03/06/19 | K | | |
| 212. | | | | | Sold | 09/24/19 | K | | |
| 213. | | | | | | | | | |
| 214.  DMS FBO DSG UW 4857 (H) | | | | | | | | | |
| 215.  FZBXX (X) | B | Int./Div. | L | T | | | | | |
| 216.  ACN (X) | A | Dividend | K | T | | | | | |
| 217.  GOOG (X) | | None | M | T | | | | | |
| 218.  MO (X) | A | Dividend | K | T | | | | | |
| 219.  AMT (X) | A | Dividend | K | T | | | | | |
| 220.  T | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 221.  BA(X) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. AVGO | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 223. CVX(X) | B | Dividend | M | T | | | | | |
| 224. CB(X) | | None | J | T | | | | | |
| 225. CMCSA(X) | A | Dividend | J | T | | | | | |
| 226. CBSH(X) | A | Dividend | L | T | | | | | |
| 227. COST(X) | A | Dividend | K | T | | | | | |
| 228. DIS | | None | K | T | Buy | 10/07/19 | K | | |
| 229. DTE(X) | A | Dividend | K | T | | | | | |
| 230. DUK(X) | A | Dividend | K | T | | | | | |
| 231. EMR(X) | B | Dividend | L | T | | | | | |
| 232. ES(X) | A | Dividend | K | T | | | | | |
| 233. XOM(X) | C | Dividend | M | T | | | | | |
| 234. FB(X) | | None | J | T | | | | | |
| 235. HPQ(X) | A | Dividend | J | T | | | | | |
| 236. ITW(X) | A | Dividend | K | T | | | | | |
| 237. JPM(X) | A | Dividend | K | T | | | | | |
| 238. LOW(X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. MCD(X) | A | Dividend | K | T | | | | | |
| 240. MDT(X) | A | Dividend | K | T | | | | | |
| 241. MSFT | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 242. NEE(X) | A | Dividend | L | T | | | | | |
| 243. NKE(X) | A | Dividend | L | T | | | | | |
| 244. NI(X) | A | Dividend | J | T | | | | | |
| 245. PM(X) | A | Dividend | K | T | | | | | |
| 246. PG(X) | A | Dividend | K | T | | | | | |
| 247. CRM(X) | | None | K | T | | | | | |
| 248. SYK(K) | A | Dividend | K | T | | | | | |
| 249. USB(X) | A | Dividend | K | T | | | | | |
| 250. VZ(X) | A | Dividend | K | T | | | | | |
| 251. WEC(X) | A | Dividend | K | T | | | | | |
| 252. XEL(X) | A | Dividend | K | T | | | | | |
| 253. 469404SD0(X) | | None | K | T | | | | | |
| 254. LDLFX | A | Dividend | L | T | Buy | 10/04/19 | K | | |
| 255. XLV(X) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. XLF(X) | A | Dividend | K | T | | | | | |
| 257. XLK(X) | A | Dividend | L | T | | | | | |
| 258. VIG(X) | A | Dividend | J | T | | | | | |
| 259. ICSH(X) | A | Dividend | M | T | | | | | |
| 260. VNQ(X) | A | Dividend | K | T | | | | | |
| 261. | | | | | | | | | |
| 262. DMS FAM TR FBO DSG WB 17121 (H) | | | | | | | | | |
| 263. FDRXX(X) | A | Int./Div. | M | T | | | | | |
| 264. ALGN(X) | | None | M | T | Sold (part) | 08/07/19 | K | E | |
| 265. GOOG(X) | | None | M | T | | | | | |
| 266. AMZN(X) | | None | M | T | | | | | |
| 267. AXP(X) | A | Dividend | L | T | | | | | |
| 268. CHD(X) | A | Dividend | L | T | | | | | |
| 269. CONE(X) | A | Dividend | L | T | | | | | |
| 270. DHR(X) | A | Dividend | L | T | | | | | |
| 271. DFS(X) | A | Dividend | J | T | | | | | |
| 272. ECL(X) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  FAST(X) | A | Dividend | K | T | | | | | |
| 274.  FTV(X) | A | Dividend | K | T | | | | | |
| 275.  IDXX(X) | | None | M | T | | | | | |
| 276.  MSFT(X) | B | Dividend | M | T | | | | | |
| 277.  PEP(X) | A | Dividend | L | T | | | | | |
| 278.  RPD(X) | | None | K | T | | | | | |
| 279.  RP(X) | | None | J | T | | | | | |
| 280.  SMG(X) | B | Dividend | L | T | | | | | |
| 281.  SBUX(X) | A | Dividend | L | T | | | | | |
| 282.  SYK(X) | A | Dividend | L | T | | | | | |
| 283.  TYL(X) | | None | L | T | | | | | |
| 284.  UPS(X) | A | Dividend | L | T | | | | | |
| 285.  VZ(X) | A | Dividend | K | T | | | | | |
| 286.  V(X) | A | Dividend | M | T | | | | | |
| 287.  WDAY(X) | | None | J | T | | | | | |
| 288.  ZTS(X) | A | Dividend | K | T | | | | | |
| 289.  BLL | A | Dividend | | | Buy | 09/24/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Sold | 12/10/19 | K | | |
| 291.  CSCO(X) | A | Dividend | | | Sold | 12/10/19 | K | | |
| 292.  DLB(X) | A | Dividend | | | Sold | 08/07/19 | J | | |
| 293.  KMPR(X) | A | Dividend | | | Sold | 08/23/19 | J | | |
| 294.  NTNX(X) | | None | | | Sold | 06/07/19 | J | | |
| 295.  PSTG(X) | | None | | | Sold | 12/10/19 | J | | |
| 296.  ROL(X) | A | Dividend | | | Sold | 08/07/19 | L | | |
| 297.  SSTI(X) | | None | | | Sold | 08/07/19 | J | | |
| 298. | | | | | | | | | |
| 299.  DMS Trust BL 17122 (H) | | | | | | | | | |
| 300.  FDRXX(X) | A | Interest | L | T | | | | | |
| 301.  AMZN(X) | | None | M | T | | | | | |
| 302.  AXP(X) | A | Dividend | K | T | | | | | |
| 303.  BLL | A | Dividend | K | T | Buy | 09/24/19 | K | | |
| 304.  BAC | A | Dividend | K | T | Buy | 10/23/19 | K | | |
| 305.  DHR(X) | A | Dividend | L | T | | | | | |
| 306.  ECL(X) | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. FAST(X) | A | Dividend | K | T | | | | | |
| 308. FTV(X) | A | Dividend | K | T | | | | | |
| 309. IDXX(X) | | None | L | T | | | | | |
| 310. MSFT(X) | A | Dividend | L | T | | | | | |
| 311. PEP(X) | A | Dividend | K | T | | | | | |
| 312. SMG(X) | A | Dividend | K | T | | | | | |
| 313. SYK(X) | A | Dividend | K | T | Sold (part) | 08/07/19 | K | B | |
| 314. TYL(X) | | None | K | T | Sold (part) | 08/07/19 | K | C | |
| 315. UPS(X) | A | Dividend | K | T | | | | | |
| 316. VEEV(X) | | None | K | T | Sold (part) | 08/07/19 | K | D | |
| 317. V(X) | A | Dividend | M | T | | | | | |
| 318. GENL MTRS 37045XBV7(X) | B | Dividend | L | T | | | | | |
| 319. AMER TWR 03027XAE0(X) | A | Dividend | L | T | | | | | |
| 320. CSCO(X) | A | Dividend | | | Sold | 12/10/19 | K | | |
| 321. WDAY(X) | | None | | | Sold (part) | 08/07/19 | K | | |
| 322. | | | | | Sold | 12/10/19 | K | | |
| 323. BCG TRUST UW 3952 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. FZBXX(X) | C | Int./Div. | K | T | | | | | |
| 325. FRIRX | B | Dividend | K | T | Buy | 01/04/19 | K | | |
| 326. JNBSX | C | Dividend | L | T | Buy | 01/04/19 | L | | |
| 327. ANAYX | B | Dividend | L | T | Buy | 01/04/19 | K | | |
| 328. AGDYX | B | Dividend | K | T | Buy | 01/04/19 | K | | |
| 329. HLIPX | C | Dividend | L | T | Buy | 01/04/19 | L | | |
| 330. PGDIX | C | Dividend | L | T | Buy | 01/04/19 | L | | |
| 331. LRGF | B | Dividend | M | T | Buy | 01/04/19 | L | | |
| 332. SPDW | C | Dividend | L | T | Buy | 01/04/19 | L | | |
| 333. SPEM | B | Dividend | L | T | Buy | 01/04/19 | L | | |
| 334. SPY(X) | C | Dividend | M | T | | | | | |
| 335. VV | C | Dividend | M | T | Buy | 01/04/19 | M | | |
| 336. VB | B | Dividend | L | T | Buy | 01/04/19 | L | | |
| 337. VWO | B | Dividend | L | T | Buy | 01/04/19 | L | | |
| 338. DWM | C | Dividend | L | T | Buy | 01/04/19 | L | | |
| 339. DON | B | Dividend | L | T | Buy | 01/04/19 | L | | |
| 340. AGG(X) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. HYG | B | Dividend | K | T | Buy | 01/04/19 | K | | |
| 342. SHV(X) | C | Dividend | M | T | | | | | |
| 343. ICSH(X) | C | Dividend | M | T | | | | | |
| 344. VNQ | B | Dividend | L | T | Buy | 01/04/19 | K | | |
| 345. FREL(X) | | None | | | Sold | 01/04/19 | L | | |
| 346. AGG(X) | | None | | | Sold | 01/04/19 | L | A | |
| 347. BIL(X) | | None | | | Sold | 01/04/19 | N | A | |
| 348. | | | | | | | | | |
| 349. ZIVO | | None | J | T | | | | | |
| 350. RAD | | None | J | T | Sold | 04/30/19 | J | | |
| 351. | | | | | | | | | |
| 352. DHG UW 3933 (H) | | | | | | | | | |
| 353. JNBSX | A | Dividend | J | T | Buy<br>(add'l) | 04/29/19 | J | | |
| 354. AGDYX | A | Dividend | J | T | Buy<br>(add'l) | 04/29/19 | J | | |
| 355. HLIPX | A | Dividend | J | T | | | | | |
| 356. IJH | A | Dividend | K | T | | | | | |
| 357. IJR | A | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Ginsburg, Douglas H. | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  IVV | B | Dividend | L | T | Sold<br>(part) | 04/29/19 | J | A | |
| 359.  IEMG | B | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | J | | |
| 360.  DGRO | B | Dividend | L | T | Sold<br>(part) | 04/29/19 | J | A | |
| 361.  IEFA | B | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | J | | |
| 362.  ICSH | A | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | J | | |
| 363.  VNQ | A | Dividend | K | T | Buy<br>(add'l) | 04/29/19 | J | | |
| 364.  QPRMQ (FZBXX) | A | Interest | J | T | | | | | |
| 365. | | | | | | | | | |
| 366.  DSG-DAF | | None | M | T | | | | | |
| 367.  DHG-DAF | | None | J | T | | | | | |
| 368.  DMS-DAF | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ginsburg, Douglas H.** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas H. Ginsburg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544